# IN THE SUPREME COURT OF THE STATE OF NEVADA

THOMAS NEVIUS,
                  Appellant,
vs.
THE STATE OF NEVADA
DEPARTMENT OF CORRECTIONS,
                  Respondent.

No. 82479

FILED

SEP 0 9 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court final judgment in a civil case. Seventh Judicial District Court, White Pine County; Gary Fairman, Judge.

On February 16, 2021, the clerk of this court issued a notice directing appellant, among other things, to file and serve the opening brief by June 16, 2021. On July 28, 2021, when appellant failed to timely file the opening brief, this court entered an order directing appellant to file and serve the opening brief by August 18, 2021. The order cautioned that failure to timely file and serve the opening brief could result in the dismissal of this appeal as abandoned. To date, appellant has failed to file the opening brief or otherwise communicate with this court. Accordingly, it appears that appellant has abandoned this appeal, and this court

ORDERS this appeal DISMISSED.

_____ J.
Parraguirre

_____, J.
Stiglich

_____, J.
Silver

SUPREME COURT
OF
NEVADA

(O) 1947A

21-26138

cc:    Hon. Gary Fairman, District Judge
Thomas Nevius
Attorney General/Carson City
Attorney General/Las Vegas
White Pine County Clerk